AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with SNAPCHAT USER NAMES:<br>Display Name: JD, Username: josuetalamantes,<br>THAT IS STORED AT PREMISES CONTROLLED BY SNAPCHAT<br>INC., as further described in Attachment A. | )<br>)<br>)   Case No.   20-6134-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___October 27, 2020___  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Gwynne E. Birzer___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___10/13/2020 at 3:09pm___

*Judge's signature*

City and state: ___Wichita, Kansas___     Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-6134-GEB | Date and time warrant executed: 10/20/20 | Copy of warrant and inventory left with: Snapchat |
| Inventory made in the presence of : Snapchat | | |

Inventory of the property taken and name of any person(s) seized:

Received following content on 11/10/2020

- Subscriber Info
- Transactional Info
- Electronic and/or wire communications
- Memories, chats, and/or snaps

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/8/2020

A. Chaffee #5536    SA/ATF
*Executing officer's signature*

Aaron Chaffee #5536   SA/ATF
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Snapchat username

### Display Name: JD

### Username: josuetalamantes

that is stored at premises owned, maintained, controlled, or operated by Snapchat Inc., a company headquartered in, Venice, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Snapchat:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat is required to disclose the following information to the government for the user ID listed in Attachment A:

(a)     All subscriber information, including but not limited to: names; email addresses; screen names; addresses; detailed billing records of session times and durations; length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and the means and source of payment for such service (including any credit card or bank account number); and date of birth.

(b)     For the period of August 1, 2020 to September 29, 2020, all transactional information, including: logs of Internet Protocol address connections, including dates, times and time zones, and any ANI information made available to Snapchat; address books; Friend Listing, with Friends Snapchat ID's, Group listings, with Snapchat Group ID's; and account history, including contacts with Snapchat support services and records of actions taken online by the subscriber or by Snapchat support staff in connection with the service, any contents and/or posts on the "wall" of the Snapchat account, including but not limited to pictures and status updates.

(c)     For the period of August 1, 2020 to September 29, 2020, the contents of electronic or wire communications held in accounts of the persons assigned the screen names identified in Attachment A, including: all electronic or wire communications (including email text, attachments, and embedded files) in electronic storage by Snapchat, or held by Snapchat as a remote computing service, within the means of the Stored Communications Act; all photos in Photoprint, files, data or information in whatever form and by whatever means they have been created or stored; and all World-Wide Web profiles or homepages.